[Nos. 10145–9–II; 10146–7–II;   Division Two.      December 28, 1988.]
    11503–4–II.

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN W. TURNER, *Appellant.*

*In the Matter of the Personal Restraint of*
STEVEN W. TURNER, *Petitioner.*

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 85–1–00274–9, 85–1–00150–5, Don L. McCulloch, J., entered June 27 and 26, 1986, together with a petition for relief from personal restraint. Judgments *affirmed* and petition *denied* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 9223–2–III.   Division Three.   December 29, 1988.]

DAVID E. HENRICHS, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–2–01906–8, George T. Shields, J., entered March 29, 1988. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green, J., and Faris, J. Pro Tem.

[No. 9027–2–III.   Division Three.   December 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD L. PHILLIPS, *Defendant,* LARRY PETITCLERC, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00137–0, Evan E. Sperline, J., entered November 10, 1987. *Affirmed* by unpublished opinion per Ripple, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.